**POTTER HANDY LLP**
Mark D. Potter (SBN 166317)
mark@potterhandy.com
James M. Treglio (SBN 228077)
jimt@potterhandy.com
Jason Kyle Masanque (SBN 351792)
jasonm@potterhandy.com
100 Pine St., Ste 1250
San Francisco, CA 94111
Phone: (415) 534-1911
Fax: (888) 422-5191

Counsel for Plaintiffs Deahdatda Blakely
And Phillip Mitchell

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEAHDATDA BLAKELY and PHILLIP MITCHELL, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAIA MOTOR FREIGHT LINE, LLC, a LOUISIANA limited liability company; and DOES 1 to 100, inclusive<br><br>Defendants. | Case No: 2:26−cv−02208−TLN-SCR<br><br>**ORDER GRANTING JOINT STIPULATION TO CORRECT THE COURT'S JULY 30, 2026 MINUTE ORDER (ECF NO. 15), TO REOPEN THE CASE, AND TO DISMISS PLAINTIFF PHILLIP MITCHELL ONLY**<br><br>Judge: Hon. Troy L. Nunley<br>Magistrate Judge: Hon. Sean C. Riordan<br>Courtroom: 2, 15th Floor |

The Court, having considered the Parties' Joint Stipulation to Correct the Court's July 30, 2026 Minute Order (ECF No. 15), to Reopen the Case, and to Dismiss Plaintiff Phillip Mitchell Only, and good cause appearing, hereby ORDERS AS FOLLOWS:

1. The Joint Stipulation is GRANTED.

2. The Court's July 30, 2026 Minute Order (ECF No. 15) is VACATED pursuant to Federal Rule of Civil Procedure 60(a) to the extent it dismissed this action in its entirety with prejudice and closed the case.

3. The Stipulation of Voluntary Dismissal filed July 29, 2026 (ECF No. 14) is deemed WITHDRAWN and SUPERSEDED.

4. Pursuant to Federal Rule of Civil Procedure 21, Plaintiff Phillip Mitchell is DROPPED as a party to this action, and his individual claims are DISMISSED WITH PREJUDICE. Plaintiff Mitchell and Defendant shall bear their own attorneys' fees and costs as to those claims.

5. The Clerk of Court is directed to REOPEN this action.

6. The individual claims of Plaintiff Deahdatda Blakely, the putative class claims, and the claims brought under the Private Attorneys General Act, Cal. Lab. Code § 2698 et seq. remain PENDING.

7. The caption of this action is amended to remove Plaintiff Phillip Mitchell.

8. The Initial Pretrail Scehduling Order (ECF No. 12) remains in full force and effect.

9. Within fourteen (14) days of the date of this order, the Parties shall file the joint statement required by Section XI of the Initial Pretrial Scheduling Order (ECF No. 12).

IT IS SO ORDERED.

Dated: August 20, 2026

Troy L. Nunley
Chief United States District Judge